IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AUGUSTUS P. GOMEZ, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 06-0098-CG-C |
| | ) |
| **ATLANTIC MARINE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**JUDGMENT**

In accordance with the offer of judgment and notice of acceptance thereof filed May 15, 2006, (Doc. 21), judgment is hereby granted in favor of plaintiff, **Earl Apkins**. Based on the judgment previously entered in Apkins v. Atlantic Marine, 05-cv-00456-WS-B, Doc. 74, for the amount accepted by plaintiff, the plaintiff Earl Apkins shall recover only attorneys' fees and costs in this action from the defendant Atlantic Marine, Inc.

**DONE and ORDERED** this 19th day of May, 2006.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE