# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AUGUSTUS P. GOMEZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-0098-CG-C |
| | ) |
| ATLANTIC MARINE, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the offer of judgment and notice of acceptance thereof filed May 15, 2006, (Doc. 26), the plaintiff, **Calvin Williams** shall have and recover from the defendant Atlantic Marine, Inc. the sum of $12,250.00, plus costs and attorneys' fees.

**DONE and ORDERED** this 19th day of May, 2006.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE