IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AUGUSTUS P. GOMEZ, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CIVIL ACTION NO. 06-0098-CG-C |
| **ATLANTIC MARINE, INC.,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the offer of judgment and notice of acceptance thereof filed May 15, 2006, (Doc. 22), the plaintiff, **Antonio Beckham** shall have and recover from the defendant Atlantic Marine, Inc. the sum of $12,250.00, plus costs and attorneys' fees.

**DONE and ORDERED** this 19th day of May, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE